**EXHIBIT B**

**Residential Property Owned by**

**JOHN DELLAVALLE, a/k/a JACK DELLAVALLE**
**d/b/a LARRY PONDEROSA, LLC**

**1082 African Eagle**
Henderson, Nevada 89015

Value pursuant to Motion to Value:                   $129,500.00

**745 Spotted Eagle**
Henderson, Nevada 89015

Value pursuant to Motion to Value :                   $80,500.00

**1003 Companion Way**
Henderson, Nevada 89011

Value pursuant to Motion to Value :                   $205,000.00

**5825 Ponderosa Way**
Las Vegas, Nevada 89118

Value pursuant to Motion to Value                   $190,000.00