| | |
|---|---|
| 1  Gina M. Corena, Esq. | E-filed on <u>November 23, 2010</u> |

1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  E-mail: gcorena@mileslegal.com
   File No. 10-92931
5  Attorneys for Secured Creditor,
   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE
6  FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-
   57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-10-12834-LBR |
| | Chapter 11 |
| JOHN DELLAVALLE DBA LARRY PONDAROSA, LLC AKA JACK DELLAVALLE AKA JACK DELLADALLE, | |
| Debtor(s) | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB, | **NOTICE OF ELECTION UNDER SECTION 1111(b) BY SECURED CREDITOR AS TO CLAIM NO. 20-1** |
| Secured Creditor, | |
| vs | |
| JOHN DELLAVALLE DBA LARRY PONDAROSA, LLC AKA JACK DELLAVALLE AKA JACK DELLADALLE, Debtor(s), U.S. TRUSTEE-LV-11, Trustee, | |
| Respondent(s) | |

PLEASE TAKE NOTICE that THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC.

1

1. ALTERNATIVE LOAN TRUST 2005-57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB filed Claim No. 20-1 on or about October 14, 2010 in the total amount of $283,000.84. This claim concerns a note secured by a trust deed in real property located in Clark County, Nevada otherwise known as <u>1082 African Eagle Avenue, Henderson, NV 89015</u>.

This is notice of the election of application of section 1111(b)(2), and the claim is deemed fully secured in the amount of $283,000.84.

Dated:   November 23, 2010         By:   /s/ Gina M. Corena, Esq.
                                          Gina M. Corena, Esq.

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on   November 23, 2010   , a copy of the **NOTICE OF ELECTION UNDER SECTION 1111(b) BY SECURED CREDITOR AS TO CLAIM NUMBER 20-1** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

<u>DEBTOR</u>:
John Dellavalle
4101 Nancy Margarite
Las Vegas, NV 89130

<u>ATTORNEY FOR DEBTOR</u>:
C. Andrew Wariner
823 Las Vegas Boulevard., South, Suite 500
Las Vegas, Nevada   89101

<u>CHAPTER 11 TRUSTEE</u>:
U.S. Trustee-LV-11
300 Las Vegas Boulevard. S. Suite. 4300
Las Vegas, Nevada   89101


Date:   November 24, 2010        /s/ Sara Aslinger
                                  An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-92931/nvnoe.dot/SLA)**