| | |
|---|---|
| Gina M. Corena, Esq.<br>Nevada Bar No. 10330<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV  89052<br>(702) 369-5960 / FAX (702) 369-4955<br>E-mail: gcorena@mileslegal.com<br>File No. 10-92931 | E-filed on <u>November 23, 2010</u> |

Attorneys for Secured Creditor,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOHN DELLAVALLE DBA LARRY PONDAROSA, LLC AKA JACK DELLAVALLE AKA JACK DELLADALLE,<br><br>Debtor(s) | Case No.: BK-S-10-12834-LBR<br>Chapter 11 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,<br><br>Secured Creditor,<br><br>vs<br><br>JOHN DELLAVALLE DBA LARRY PONDAROSA, LLC AKA JACK DELLAVALLE AKA JACK DELLADALLE, Debtor(s), U.S. TRUSTEE-LV-11, Trustee,<br><br>Respondent(s) | **OBJECTIONS TO PROPOSED CHAPTER 11 PLAN OF REORGANIZATION AND CONFIRMATION THEREOF** |

1  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
2  TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN
3  TRUST 2005-57CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,
4  Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following
5  Objections to the Confirmation of that certain Chapter 11 Plan of Reorganization proposed by
6  Debtor:
7      This objecting Secured Creditor holds the first Trust Deed on the subject property
8  generally described as: <u>1082 African Eagle Avenue, Henderson, NV  89015</u>.  As of February 24,
9  2010, the total amount of Secured Creditor's Proof of Claim was $283,000.84, filed herein as
10 Claim #20-1
11     Secured Creditor, through its attorney, has elected treatment under §1111(b) for the
12 subject Property which was uploaded to the Court on November 23, 2010.  Secured Creditor is
13 currently awaiting an entered Order regarding the §1111(b) election.
14     Debtor's Chapter 11 Plan of Reorganization provides for a value of the subject Property
15 in the amount of $129,500.00 to be paid at 4.75% with the remaining terms of its related note
16 and mortgage. Here, the Deed of Trust Maturity date is October 1, 2035.
17     Secured Creditor's election of the provision of Bankruptcy Code §1111(b) requires that
18 the total payments made on the secured portion of the claim over a period of 30 years will exceed
19 the principal amount of the claim.  However, in this instance, and based upon the terms outlined
20 above, Secured Creditor will only receive approximately $221,490.00 which is significantly less
21 than the amount of Secured Creditor's claim.  The Debtor's Chapter 11 Plan of Reorganization
22 as proposed currently fails to meet the requirements of §1111(b) with respect to the subject
23 Property.
24 ///

**CONCLUSION**

Any Chapter 11 Plan of Reorganization proposed by Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  It is respectfully requested that confirmation of the Chapter 11 Plan of Reorganization as proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 11 Plan of Reorganziation be denied.

(2) For attorney's fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    November 22, 2010        By:    /s/ Gina M. Corena, Esq.
                                          Gina M. Corena, Esq.
                                          Attorney for Secured Creditor

**(10-92931/objaznv.dot/sla)**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 23, 2010 , a copy of Secured Creditor's **OBJECTIONS TO PROPOSED CHAPTER 11 PLAN OF REORGANZIATION AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
John Dellavalle
4101 Nancy Margarite
Las Vegas, NV 89130

ATTORNEY FOR DEBTOR:
C. Andrew Wariner
823 Las Vegas Boulevard., South, Suite 500
Las Vegas, Nevada  89101

CHAPTER 11 TRUSTEE:
U.S. Trustee-LV-11
300 Las Vegas Boulevard. S. Suite. 4300
Las Vegas, Nevada  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

 /s/ Sara Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-92931/objaznv.dot/sla)**

4